Commonwealth *v.* Gilbert, Appellant.

Submitted December 11, 1970. Before WRIGHT, P. J., WATKINS, MONTGOMERY, JACOBS, HOFFMAN, SPAULDING, and CERCONE, JJ.

*R. Barclay Surrick,* Assistant Public Defender, for appellant.

*Vram Nedurian, Jr.,* Assistant District Attorney, for Commonwealth, appellee.

OPINION BY CERCONE, J., April 15, 1971:

This case involves the exact procedural problem presented in *Commonwealth v. Rosenberger,* 218 Pa. Superior Ct. 95, 279 A. 2d 308 (1971) and *Commonwealth v. Neil,* 218 Pa. Superior Ct. 197, 279 A. 2d 336 (1971). For the reasons stated in my opinions in those two cases, we reverse that part of the Post Conviction Hearing Act court's decision which grants appellant the right to direct appeal nunc pro tunc. In all other respects we affirm.